AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Justin McKenney<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:22MJ312 (TOF)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2021 to February 2022  in the county of  Hartford  in the
_____ District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor to Engage in Illegal Sexual Activity |
| 18 U.S.C. § 2252A(a)(2), (b) | Receipt of Child Pornography (and attempt) |
| 18 U.S.C. § 2252A(a)(5), (b) | Possession of Child Pornography |
| 18 U.S.C. § 1470 | Transfer of Obscene Material to a Minor |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Brian Womersley at the Homeland Secuirty Investigation which is attached hereto and incorporated herein

☐ Continued on the attached sheet.

BRIAN P WOMERSLEY
Digitally signed by BRIAN P WOMERSLEY
Date: 2022.03.16 11:31:26 -04'00'

*Complainant's signature*

Brian Womersley, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 3/16/2022

Thomas O. Farrish
Date: 2022.03.16 12:12:55 -04'00'

*Judge's signature*

City and state: Hartford, CT     Thomas O. Farrish U.S. Magistrate Judge
*Printed name and title*