**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 3/17/22  Case #: 3:22MJ312 (TOF)  Dft #: 1

**UNITED STATES OF AMERICA**

Vs.

JUSTIN MCKENNEY

Honorable Judge: T. O. Farrish
Deputy Clerk: R. K. Wood
AUSA: N. Gifford
Counsel for Defendant: M. Buckley

☐ Retained  ☐ CJA  ■ FPD

Start Time: 1:15 p.m.  End Time: 1:30 p.m.
Recess (if more than ½ hr) _____ to _____
USPO: J. Murray
Reporter/ECRO/FTR: FTR
Total Time ____ hours  15 minutes
Interpreter _____  Language _____

**HEARING AND TIME**

| ■ Initial Appearance 10m | ☐ Initial Appear. Rule 5 ___ | ■ Detention 4m | ☐ Arraignment ___ |
| ■ Motion 1m | ☐ Bond ___ | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☐ Status Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

■ Arrest or ☐ Self surrender  Date 3/17/22
☐ Case Unsealed
☐ Deft failed to appear
■ CJA23 financial affidavit filed under seal
■ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
■ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ☐ NOT guilty ☐ guilty ☐ nolo contendere; As to counts _____
Plea agreement letter ☐ filed ☐ under seal ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

**ORDERS**
- ☐ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at_____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement
- ☐ __Probable Cause__ hearing set for __3/31/22 at 3:00 p.m.__ ; continued until_____

**DETENTION**
- ☒ Govt's motion for pretrial detention filed ☒ Granted ☐Denied ☐Advisement
- ☐ Order of detention filed
- ☐ Bond set at $_____ ☐ reduced to $_____ ; ☐Non-surety ☐Surety ☐Personal recognizance
- ☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☒ Defendant detained
- ☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☐ As set forth in the Order Setting Conditions of Release
- ☐ Other _____

**MOTIONS**
- ☒ Motion for __Affidavit to remain sealed__ filed by☒ USA ☐defendant, ☒granted ☐denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**
The hearing was held in the East Courtroom.
Judge Farrish advised the deft of his rights.
The deft consented to his detention at this time without prejudice.